# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE ELECTRICAL WORKERS HEALTH AND WELFARE TRUST, *et al*,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MALOY CONSTRUCTION, INC,<br><br>　　　　Defendant. | 2:09-cv-00026-RCJ-GWF<br><br>**ORDER** |

Before the Court for consideration is the Findings & Recommendation and Order (#11) of Magistrate Judge George W. Foley, entered March 30, 2009.

The Court has conducted a review of the record in this case and, upon finding that no opposition has been filed, determines that the Findings & Recommendation and Order (#11) of the United States Magistrate Judge entered March 30, 3009, should be affirmed. As such,

IT IS HEREBY ORDERED that Magistrate Judge Foley's Finding and Recommendations (#11) be affirmed and adopted and that the Answer of Defendant Maloy Construction, Inc. should be **stricken** and its **default entered** based on Defendant's failure to comply with this Court's Order to obtain counsel.

DATED: May 1, 2009

_____
UNITED STATES DISTRICT COURT